part in the consideration or decision of this petition.

No. 90–1697. CADA v. BAXTER HEALTHCARE CORP. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–1503. ORDWAY ET UX. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 90–1743. NATIONAL ADVERTISING CO. v. VILLAGE OF DOWNERS GROVE, ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.